UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BERNARD LUSTER,

                *Petitioner,*

  -against-

WILLIAM MOLIHAN, Superintendent,

                *Respondent.*
---------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 16 2009 ★
BROOKLYN OFFICE

JUDGMENT
09-CV- 0908 (JG)

       A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on July 14, 2009, denying petitioner's petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       July 15, 2009

                                                      s/Robert C. Heinemann
                                                      ROBERT C. HEINEMANN
                                                        Clerk of Court